### JOHN RANDOLPH HOOD v. STATE OF FLORIDA

13 So. (2nd) 463                                    January Term, 1943
May 4, 1943                                                 En Banc
Rehearing Denied June 4, 1943

*Thos. D. Beasley,* for appellant.

*J. Tom Watson,* Attorney General, and *Woodrow M. Melvin,* Assistant Attorney General, for appellee.

BUFORD, C. J.:

The record in this case presents a question identical with those presented and adjudicated in the case of A. C. Brown v. State, in which opinion is this day filed and on authority of

the opinion and judgment in that case the judgment herein is reversed.

So ordered.

BROWN, THOMAS, ADAMS and SEBRING, JJ., concur.

CHAPMAN, J., concurs specially.

TERRELL, J., dissents.

CHAPMAN, J., concurring specially:

I agree to a reversal of the judgment because the punishment imposed is cruel and unusual and the penalty prescribed by the Act is in derogation of the provisions of Section 8 of the Declaration of Rights of the Constitution of Florida.